UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

JOSEPH J. FOSTANO,

    Plaintiff,

v.

ALLIED INTERSTATE, LLC.,

    Defendant.

_____/

**COMPLAINT**
**JURY DEMAND**

1. Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA"), and the Telephone Consumer Protection Act, 47 U.S.C §227, *et seq*. ("TCPA").

**JURISDICTION AND VENUE**

2. This Court has jurisdiction under 28 U.S.C. §§1331, 1337, 1367 and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

**PARTIES**

3. Plaintiff, JOSEPH J. FOSTANO, is a natural person, and citizen of the State of Florida, residing in Palm Beach County, Florida.

4. Defendant, ALLIED INTERSTATE, LLC., is a limited liability company with all of its members being citizens of the State of New York and with its principal place of business at Suite 300, 12755 Highway 55, Plymouth, Minnesota 55411. It was formerly known as Allied Interstate, Inc.

5. Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

6. Defendant regularly collects or attempts to collect debts for other parties.

7. Defendant is a "debt collector" as defined in the FDCPA.

8. Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

9. Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

10. Defendant left the following messages on Plaintiff's voice mail on his cellular telephone on or about the dates stated:

> <u>May 24, 2010 at 3:53 PM</u>
> Joseph, it's Tammy, please return my call to 866-439-9564. Joseph, this is an attempt to collect a debt, any information obtained will be used for that purpose. Thank you. Bye-bye.
>
> <u>May 25, 2010 at 11:14 AM</u>
> Hey Joe. How you doing? This is James from Allied Interstate calling in regards to a debt. Any information obtained may be used for that purpose. If

2

you could please return my call at 866-458-9449. You can reach me at my desk anytime before 2:30. If you give me a call back as soon as possible, this is in regards to an important business matter, that'd be great. Thank you.

June 3, 2010 at 8:20 AM
Hi Joe, this is Katy and I'm calling with Allied Interstate. Please return my call at 866-461-5815. This call is an attempt to collect a debt and the information that we obtain will only be used for that purpose. Once again my number is 866-461-5815. Thanks so much and have a great day.

June 9, 2010 at 10:23 AM
Hi Joe my name is Katy and I'm calling with Allied Interstate. Please return my call at 866-461-5815. This call is an attempt to collect a debt and the information that we obtain will only be used for that purpose. Once again my number is 866-461-5815. Thanks so much and have a great day.

June 11, 2010 at 11:20 AM
This message is for Joe Fostano. My name is Jay Solem, I need a return phone call. Um, you can reach me at 877-716-8466. Thanks Joe.

July 7, 2010 at 2:45 PM
This is Jim with Allied Interstate calling for Joseph Fostano. Please return the call at 866-460-4857. This is an attempt to collect a debt, any information obtained will be used for that purpose.  Thank you.

July 22, 2010 at 1:25 PM
Hi, this message is for Joseph. Joseph my name is Jasmine, I'm calling from Allied Interstate in regards to a debt. Any information obtained will be used for that purpose and that purpose only. If you could please return my call at 1-866-395-9206. I will surely appreciate it. Thank you and have a great day.

July 23, 2010 at 8:20 PM
This message is for Joseph, uh, Fostano. If this is not Joseph Fostano, please hang up or delete this message now. If this is Joseph Fostano, please return our call at 1-866-449-0428. My name is Ron, I'm with Allied Interstate. My hours of operation are 2:30 PM to 10 PM Central Standard Time. Just a friendly reminder, this is an attempt to collect a debt, any information obtained will be used for that purpose. Once again my number is 1-866-449-04.

July 27, 2010 at 7:58 PM
Hey Joe, this is Darnel calling from Allied Interstate, um, I have a very important federal business matter that I need to discuss with you as soon as possible. Um, this it's in your best interest uh to call me back. I'm not a solicitor. Um, just a friendly reminder, this is an attempt to collect a debt, any information obtained will be used for that purpose. Give me a call back at 866-442-1500.

August 2, 2010 at 9:17 AM
Hi Joseph, this is Tiffany with Allied Interstate. I'm calling in regards to a debt, any information obtained will be used for that purpose. You can give me a call on my direct number which is 866-440-7313. Thank you.

August 17, 2010 at 5:04 PM
Hello we're calling from Allied Interstate with regards to a debt, any information obtained may be used for that purpose. Please return our call 877-631-3138, a representative will assist you.

November 7, 2010 at 6:05 PM
Hi Joe, I'm calling on behalf of Allied Interstate with an attempt to collect a debt and any information will be used for those purposes. Please give me a call back here at 866-449-0474. Again, that's 866-449-0474. This is very urgent and I would really like for you to return this call. I am available Thursday and Friday 2:30 PM to 10 PM Central Time and also Saturday and Sunday 10 AM to 8 PM central time. Again that number is 866-449-0474. You have a nice night.

11.     Defendant left similar or identical messages on other occasions.

(Collectively, "the telephone messages").

12.     Defendant failed to inform Plaintiff in the messages that the communication was from a debt collector and failed to disclose the purpose of Defendant's messages and failed to disclose Defendant's name.

13.     Defendant used an automatic telephone dialing system or a pre-recorded or artificial voice to place telephone calls to Plaintiff's cellular telephone.

4

14. None of Defendant's telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A).

15. Defendant willfully or knowingly violated the TCPA.

## COUNT I
## FAILURE TO DISCLOSE STATUS AS DEBT COLLECTOR

16. Plaintiff incorporates Paragraphs 1 through 15.

17. Defendant failed to disclose in the telephone messages that it is a debt collector in violation of 15 U.S.C. §1692e(11). See *Foti v. NCO Fin. Sys*., 424 F. Supp. 2d 643, 646 (D.N.Y. 2006) and *Belin v. Litton Loan Servicing*, 2006 U.S. Dist. LEXIS 47953 (M. D. Fla. 2006) and Leyse v. Corporate Collection Servs., 2006 U.S. Dist. LEXIS 67719 (D.N.Y. 2006).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Damages;

    b. Attorney's fees, litigation expenses and costs of suit; and

    c. Such other or further relief as the Court deems proper.

## COUNT II
## FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY

18. Plaintiff incorporates Paragraphs 1 through 15.

19. Defendant placed telephone calls to Plaintiff without making meaningful disclosure of its identity when it failed to disclose its name and the

purpose of Defendant's communication in the telephone messages in violation of 15 U.S.C §1692d(6). See *Valencia v The Affiliated Group, Inc*., Case No. 07-61381-Civ-Marra/Johnson, 2008 U. S. Dist. LEXIS 73008, (S.D.Fla., September 23, 2008); Wright v. Credit Bureau of Georgia, Inc., 548 F. Supp. 591, 593 (D. Ga. 1982); and Hosseinzadeh v. M.R.S. Assocs., 387 F. Supp. 2d 1104 (D. Cal. 2005).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

## COUNT III
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

20.    Plaintiff incorporates Paragraphs 1 through 15.

21.    Defendant placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice in violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    a declaration that Defendant's calls violate the TCPA;

      c.    a permanent injunction prohibiting Defendant from placing non-emergency calls to the cellular telephone of Plaintiff using an automatic telephone dialing system or pre-recorded or artificial voice; and

      d.    Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

> DONALD A. YARBROUGH, ESQ.
> Attorney for Plaintiff
> Post Office Box 11842
> Ft. Lauderdale, FL 33339
> Telephone: 954-537-2000
> Facsimile: 954-566-2235
> donyarbrough@mindspring.com
>
> By: s/ Donald A. Yarbrough
> Donald A. Yarbrough, Esq.
> Florida Bar No. 0158658