UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-80677-Civ-Ryskamp/Vitunac

JOSEPH J. FOSTANO,

    Plaintiff,

v.

ALLIED INTERSTATE, LLC,

    Defendant.
_____/

## PLAINTIFF'S MOTION FOR ENTRY OF PARTIAL JUDGMENT

Pursuant to Fed.R.Civ.P. 68, Plaintiff, Joseph J. Fostano, files this Motion for Entry of Partial Judgment against Defendant, Allied Interstate, LLC., and in support thereof states as follows:

1. On July 8, 2011, Defendant served on Plaintiff an Offer of Judgment pursuant to Fed.R.Civ.P. 68, offering judgment on Plaintiff's claims under the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA"), only.

2. On July 22, 2011, Plaintiff accepted Defendant's Offer of Judgment. Plaintiff's acceptance was timely.

3. Defendant's Offer of Judgment provides for entry of a Judgment of $1,250.00 in favor of Plaintiff plus attorney fees and costs regarding Plaintiff's claims under the FDCPA only. The offer does not effect Plaintiff's claims under the Telephone Consumer Protection Act, 47 U.S.C §227, *et seq*. ("TCPA"), which remain before the Court.

1

**CERTIFICATION REQUIRED BY S.D. Fla. L.R. 7.1 A 3(a)**

By service of its Offer in Judgment upon Plaintiff, Defendant has demonstrated its lack of opposition to the entry of Judgment.

WHEREFORE, Plaintiff requests this Court enter Partial Judgment in favor of Plaintiff, Joseph J. Fostano, and against Defendant, Allied Interstate, LLC., in the amount of $1,250.00 plus interest at the legal rate and reserve jurisdiction on the matter of Plaintiff's attorney fees and costs.

Respectfully submitted,

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Fort Lauderdale, Florida 33339
Telephone: (954) 537-2000
Facsimile: (954) 566-2235
donyarbrough@mindspring.com

s/Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-80677-Civ-Ryskamp/Vitunac

JOSEPH J. FOSTANO,

    Plaintiff,

v.

ALLIED INTERSTATE, LLC.,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on <u>July 22, 2011</u>, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                             <u>s/Donald A. Yarbrough</u>
                                             Donald A. Yarbrough, Esq.

## SERVICE LIST

Robert Francis Reynolds
Slatkin & Reynolds PA
1 E Broward Boulevard
Suite 609
Fort Lauderdale, FL 33301
Telephone: 954-745-5880
Facsimile: 954- 745-5890

<u>Via Notices of Electronic Filing generated by CM/ECF</u>